# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: __12 - 829M__

2) Defendant's Name: __Zhang          Ming Svan__
   (Last)                (First)                (M.I.)

3) Age:_____

4) Title:_____ Section(s):_____

5) Citizen of:_____ Needs:_____Interpreter

6) Arrest Warrant Issued:_____ Date and time of arrest:_____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding:__Yes ___No   Other District:_____

8) Name of Interpreter used today: __John Lau__   Language: __Mandarin__

9) Arraignment on complaint held:____ __✓__Yes ____No   Date/Time: __9/26/12__

10) Detention Hearing Held:____ Bail set at:_____ ROR Entered:____ POD Entered: __✓__

11) Temporary Order of Detention Entered:____   Bail Hearing set for:_____

12) (a) Preliminary Hearing set for:_____; or waived: __✓__

   (b) Removal Hearing set for:_____; or waived:_____

   (c) Status Conference set for:_____

13) ASSISTANT U.S. ATTORNEY: __Seth Dv Charme__

14) DEFENSE COUNSEL'S NAME: __Daniel Nobel__
    Address:_____

    Bar Code:_____ CJA:__✓__ FDNY:____ RET:____
    Telephone Number:(____)_____

15) LOG #:____ ( __2:53__ __2:57__ )  MAG. JUDGE : __Scanlon__

16) ____ Defendant was advised of bond conditions by the Court and signed the bond.
    ____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ____Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings:_____
_____
_____

17) Complaint/Affidavit/Indictment unsealed:___Yes ___No

SO ORDERED ON THIS _____ DAY OF _____, 20__

_____
UNITED STATES MAGISTRATE JUDGE