BEFORE MAG. JUDGE     Cheryl L. Pollak                    DATE :    10/26/12

DOCKET NUMBER:     12CR666(BMC)              LOG # :  2:22 - 2:32

DEFENDANT'S NAME :    **Ming Suan Zhang**
                    ✓ Present     ___ Not Present    ✓ Custody    ___ Bail

DEFENSE COUNSEL :    **Daniel Nobel**
                    ___ Federal Defender    ✓ CJA       ___ Retained

A.U.S.A:  **Seth Ducharme**              DEPUTY CLERK :   **Felix Chin**

INTERPRETER :    John Lau          (Language)  **Mandarin**

_____ Hearing held.  _____ Hearing adjourned to_____

____ Defendant was released on_____ PRB with/without some conditions.

____ Defendant was advised of bond conditions by the Court and signed the bond.

____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

____ Additional surety (ies) to co-signed bond by _____

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

____ Order of Excludable Delay entered.   Code Type____  Start_____ Stop_____

✓ Order of Speedy Trial entered.   Code Type____  Start 10/26/12  Stop 11/19/12

____ Defendant's first appearance.   ✓ Defendant arraigned on the indictment.

____ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

✓ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

✓ Status conference set for 11/19/12 @ 11:30 before Judge Cogan

OTHERS :  _____