U.S.D.J. NICHOLAS G. GARAUFIS          DATE: **8/19/13**

## CRIMINAL CAUSE FOR PLEADING

USA - v- **Ming Suan Zhang**      Docket No: **12CR666(NGG)**

Defendant: **Ming Suan Zhang**

    **X** present       ____ not present      **X** custody     ___bail

Def. Counsel: **Daniel Nobel**

    **X** present       ____ not present     **X** CJA     ___RET     ___LAS

A.U.S.A.: **Seth DuCharme**      Clerk/Deputy: **Felix Chin**

Interpreter: **Jean Yap**      Language: **Mandarin**

Court Reporter: **Michele Nardone**

- **X** Case Called
- ___ Defendant's First Appearance
- **X** Defendant: **X** Sworn ____ Arraigned **X** Informed of Rights
- ___ Waiver of Indictment Executed for Defendant
- ___ Superceding Indictment/ Information Filed
- ___ Bench Warrant Issued:_____
- ___ Defendant Enters Guilty/ Not Guilty Plea to Counts(s) _____ of the (Superceding) Indictment/Information
- **X** Defendant Withdraws Not Guilty Plea and Enters Guilty Plea to Count(s) _____ of the (Superceding) Indictment/Information
- **X** Court Finds Factual Basis for the Plea
- **X** Sentencing is scheduled for **11/15/13** at **12:00**
- ___ Bail/Bond:____ Set _____ Continued for the Defendant _____ Continued in Custody
- ___ Case Adjourned to ___/___/___ at _____
- **X** Court accepts the Plea of Guilty.
- ___ Transcript Ordered
- ___ Counsel are advised that they are to follow Federal Rule 32 with regard to objections to the Presentence Report (PSR). Opposing counsel must respond to PSR within two weeks. PSR objections must directed to the Probation Officer, but nedd not be filed via ecf.
- ___ Sentencing motions/submissions (apart from PSR objections) shall be submitted as follows: defendant's submissions missions must be filed by, _____ the government must respond by _____. Reply by defendant shall be submitted by _____. Hard courtesy copies of all sentencing submissions must be provided to chambers and the Probation Department.