**DOCKET NUMBERS:** CR 12-666 (NGG)

## CRIMINAL CAUSE FOR SENTENCING

Date Received By Docket Clerk:_____  Docket Clerk Initials:_____

**BEFORE JUDGE:** <u>GARAUFIS</u> **DATE:** DECEMBER 10, 2013 **TIME IN COURT** <u>1</u> **HRS** 30 **MINS**
@ 11:30 AM

**1. DEFENDANT:** MING SUAN ZHANG

Present X   Not Present       Custody X   Not Custody

**DEFENSE COUNSEL:** MINGLI CHEN
   FEDERAL DEFENDER:   CJA:   RETAINED: X

**2. DEFENDANT:**
Present   Not Present       Custody   Not Custody

**DEFENSE COUNSEL:**
   FEDERAL DEFENDER:   CJA:   RETAINED:

**3. DEFENDANT:**
Present   Not Present   Custody   Not Custody

**DEFENSE COUNSEL:**
FEDERAL DEFENDER:   CJA:   RETAINED:


**A.U.S.A.:** SETH DUCHARME

**COURT REPORTER:** LISA SCHMID
**INTERPRETER:** JEAN YAP   **LANGUAGE:** MANDARIN

| | | |
|---|---|---|
| ☐ Change of Plea Hearing (~Util-Plea Entered) | ☐ Revocation of Probation contested | |
| ☐   Arraignment | ☐ Sentencing on a violation | |
| ☐    Bail Appeal | ☐  Motion Hearing | |
| ☐    Violation | ☐ Hearing | |
| ☐    Status Conference | X   Sentencing | |
| ☐    Bail Violation Hearing | ☐ Motion for sentence reduction | |
| ☐    Voir Dire Begun | ☐ Oral Argument | |
| ☐    Voir Dire Held       Jury selection ☐ | ☐  Jury trial | |
| ☐    Jury Trial Death Penalty  ☐    Sentence enhancement Phase | ☐ | Bench Trial Begun |

**Speedy Trial Start:   Speedy Trial Stop:   CODE TYPE:** XT

**Do these minutes contain ruling(s) on motion(s)?**   YES          NO  X

SENTENCING HELD; SEE JUDGMENT.