UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------
UNITED STATES OF AMERICA,

                                  **NOTICE OF APPEAL**

    - against –                        Case #: CR-12-666 (NGG)

MING SUAN ZHANG

                        Defendant
-------------------------------------------------------

    **NOTICE** is hereby given that Ming Suan Zhang, the Defendant in the above named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on the 12th day of December 2013.

Dated:    December 23, 2013
                Queens, New York

                                        ML and CHEN, P.C.
                                        *Attorneys for Defendant Ming Suan Zhang*

                                        _____
                                        By: */s/ Mingli Chen*
                                        Mingli Chen
                                        136-79 Roosevelt Avenue, Suite 303
                                        Flushing, New York 11354
                                        (718) 939-9000

                                        Email: mchen@mchenlaw.com
                                                    mchen@nyu.edu